AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**APPEARANCE**

Case Number: 07mj2362

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ALFREDO ENRIQUE RAMIREZ-AYALA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 10/5/2007 | /s/ ELLIS M. JOHNSTON III |
| Date | Signature |
| | Ellis M. Johnston, III / Federal Defenders of S   223664 |
| | Print Name   Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City   State   Zip Code |
| | (619) 234-8467   (619) 687-2666 |
| | Phone Number   Fax Number |