1 ELLIS M. JOHNSTON III
California Bar No. 223664
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
ellis_johnston@fd.org

6 Attorneys for Mr. Ramirez-Ayala

8                       UNITED STATES DISTRICT COURT
9                       SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07mj2362 |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| ALFREDO ENRIQUE RAMIREZ-AYALA, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**United States Attorney**
Efile.dkt.gc2@usdoj.gov

Dated: October 5, 2007

s/ Ellis M. Johnston, III
**ELLIS M. JOHNSTON III**
Federal Defenders of San Diego, Inc.
ellis_johnston@fd.org