FILED

07 OCT 10 PM 2:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>ADAN PADILLA-VASQUEZ (1),<br>ALFREDO ENRIQUE<br>        RAMIREZ-AYALA (2),<br><br>           Defendants. | Criminal Case No. 07CR2531-W<br><br>I N D I C T M E N T<br>**(Superseding)**<br><br>Title 8, U.S.C.,<br>Secs. 1324(a)(1)(A)(i), (v)(II)<br>and (a)(1)(B)(iv) - Bringing in<br>Illegal Aliens and Aiding and<br>Abetting Resulting in Death;<br>Title 8, U.S.C.<br>Secs. 1324(a)(1)(A)(ii), (v)(II)<br>and (a)(1)(B)(iv) - Transportation<br>of Illegal Aliens and Aiding and<br>Abetting Resulting in Death;<br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) - Bringing<br>in Illegal Aliens for Financial<br>Gain; Title 18, U.S.C., Sec. 2 -<br>Aiding and Abetting |

The grand jury charges:

Count 1

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with intent to violate the immigration laws of the United States, did bring, and attempt to bring, to the United States an alien, namely Fernando Garcia-San Juan, knowing that said person was an alien, at a place other than a designated port of entry and at

LAC:nlv:San Diego
10/4/07

1  a place other than as designated by the Secretary of the Department
2  of Homeland Security (Title 6, United States Code, Sections 251 and
3  557), resulting in death; in violation of Title 8, United States Code,
4  Sections 1324(a)(1)(A)(i), (v)(II) and (a)(1)(B)(iv).

## Count 2

6  On or about September 1, 2007, within the Southern District of
7  California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE
8  RAMIREZ-AYALA, with the intent to violate the immigration laws of the
9  United States, knowing and in reckless disregard of the fact that an
10 alien, namely Fernando Garcia-San Juan, had come to, entered and
11 remained in the United States in violation of law, did transport and
12 move, and attempt to transport and move, said alien within the United
13 States in furtherance of such violation of law, resulting in death; in
14 violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii),
15 (v)(II) and (a)(1)(B)(iv).

## Count 3

17 On or about September 1, 2007, within the Southern District of
18 California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE
19 RAMIREZ-AYALA, with the intent to violate the immigration laws of the
20 United States, knowing and in reckless disregard of the fact that an
21 alien, namely Fernando Garcia-San Juan, had not received prior
22 official authorization to come to, enter and reside in the United
23 States, did bring to and attempt to bring to the United States said
24 alien for the purpose of commercial advantage and private
25 financial gain; in violation of Title 8, United States Code,
26 Section 1324(a)(2)(B)(ii), and Title 18, United States Code,
27 Section 2.
28 //

## Count 4

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with intent to violate the immigration laws of the United States, did bring, and attempt to bring, to the United States an alien, namely Otoniel Mendoza-Arreola, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 251 and 557), resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), (v)(II) and (a)(1)(B)(iv).

## Count 5

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Otoniel Mendoza-Arreola, had come to, entered and remained in the United States in violation of law, did transport and move, and attempt to transport and move, said alien within the United States in furtherance of such violation of law, resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(iv).

//
//
//
//
//
//

#### Count 6

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Otoniel Mendoza-Arreola, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

#### Count 7

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with intent to violate the immigration laws of the United States, did bring, and attempt to bring, to the United States an alien, namely Gilberto Ortega-Paredes, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 251 and 557), resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), (v)(II) and (a)(1)(B)(iv).

//
//
//
//
//
//

## Count 8

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Gilberto Ortega-Paredes, had come to, entered and remained in the United States in violation of law, did transport and move, and attempt to transport and move, said alien within the United States in furtherance of such violation of law, resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(iv).

## Count 9

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Gilberto Ortega-Paredes, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

//
//
//
//
//
//

## Count 10

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with intent to violate the immigration laws of the United States, did bring, and attempt to bring, to the United States an alien, namely Jose Maria Hueso-Luna, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 251 and 557), resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), (v)(II) and (a)(1)(B)(iv).

## Count 11

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Jose Maria Hueso-Luna, had come to, entered and remained in the United States in violation of law, did transport and move, and attempt to transport and move, said alien within the United States in furtherance of such violation of law, resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(iv).

//
//
//
//
//
//

## Count 12

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Jose Maria Hueso-Luna, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 13

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with intent to violate the immigration laws of the United States, did bring, and attempt to bring, to the United States an alien, namely Carlos Sambrano-Perez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 251 and 557), resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(i), (v)(II) and (a)(1)(B)(iv).

//
//
//
//
//
//

## Count 14

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Carlos Sambrano-Perez, had come to, entered and remained in the United States in violation of law, did transport and move, and attempt to transport and move, said alien within the United States in furtherance of such violation of law, resulting in death; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(iv).

## Count 15

On or about September 1, 2007, within the Southern District of California, defendants ADAN PADILLA-VASQUEZ and ALFREDO ENRIQUE RAMIREZ-AYALA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely Carlos Sambrano-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to and attempt to bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

DATED: October 10, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
LAWRENCE A. CASPER
Assistant U.S. Attorney