```
 1  JONATHAN DAVID FRANK SBN89384
    160 Thorn Street Suite 2
 2  San Diego, CA 92103
    (619) 291-4475
 3

 4  Attorney for Material Witnesses
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Hon. CATHY ANN BENCIVENGO

| UNITED STATES OF AMERICA, | ) | Case No. 07CR2531W |
| --- | --- | --- |
| Plaintiff, | ) | Mag. No. 07MJ2362 |
| | ) | NOTICE OF HEARING ON MOTION FOR VIDEOTAPE DEPOSITION AND SUBSEQUENT VOLUNTARY DEPARTURE OF MATERIAL WITNESS |
| v. | ) | |
| PADILLA et. al., | ) | |
| | ) | DATE: November 29, 2007 |
| | ) | TIME: 9:30 A. M. |
| Defendants. | ) | DEPT: Bencivengo |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on November 29, 2007 at the UNITED STATES DISTRICT COURT located at 940 Front Street, San Diego, CA 92101 before the above-named Judge at 9:30 A. M. or as soon thereafter as the matter may be heard, the material witness OTONIEL MENDOZA ARREOLA will move the Court for an Order that he be subjected to a videotape deposition prior to trial and subsequent voluntary departure.

This motion will be based on 18 U.S.C. 3144 in that the witness' testimony can be adequately secured by deposition and further detention is not necessary to prevent a failure of justice.

1  This motion is further based on this notice of motion, the
2 memorandum of points and authorities and declaration of Jonathan
3 David Frank filed herewith, and as such other and further evidence
4 as may be presented at the hearing of the motion.
5                         Respectfully submitted,
6
7 DATED: November 15, 2007
8                                   /s/_____
                                    JONATHAN DAVID FRANK,
9                                   Attorney for Material Witnesses