```
JONATHAN DAVID FRANK
160 Thorn Street Suite 2
San Diego, CA 92103
(619) 291-4475
State Bar Number 89384

Attorney for Material Witnesses
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

Hon. CATHY ANN BENCIVENGO

| UNITED STATES OF AMERICA, | ) | Case No. 07CR2531W |
| --- | --- | --- |
| Plaintiff, | ) ) ) | Mag. No. |
| v. | ) ) ) | DECLARATION OF COUNSEL IN SUPPORT OF MOTION FOR VIDEO DEPOSITION OF MATERIAL WITNESS |
| PADILLA, et. al., | ) ) | |
| Defendants. | ) ) ) | DATE: November 29, 2007 TIME: 9:30 A. M. DEPT: Bencivengo |

I, JONATHAN DAVID FRANK declare:

I am an attorney duly licensed to practice before all the courts of this State and this District and Circuit. I am the attorney of record for the material witness in the above action. I have personal knowledge of the facts set forth in this action and could testify competently thereto if called.

My client, OTONIEL MENDOZA ARREOLA, in this action, has been in federal custody since September 1, 2007. He has been held as a material witness in the above captioned case. My client has been unable to locate a surety to post bond.

This case was indicted on or about October 4, 2007.

My client has indicated to me that each day he spends in custody

1  is a hardship to my client and his family as he is unable to help to
2  support his wife and children.
3     The testimony of the witness could be secured via videotaped
4  deposition. This is a procedure in routine practice in this district
5  in material witness cases. At such a deposition, all parties would
6  be given the opportunity to fully and completely examine the witness.
7  In addition, the proceedings would be videotaped creating a visual
8  and auditory record of the proceeding. Such videotaped deposition
9  could be introduced at trial in stead of the live testimony of the
10 material witness.
11    Further, there are three other material witnesses who are out on
12 bond.
13    Based on the above it respectfully requested that this motion be
14 granted, that said deposition take place at the earliest possible
15 time, and that my client be allowed to voluntarily return to his home
16 in Mexico immediately thereafter.
17    I declare under the penalty of perjury under the laws of the
18 United States of America that the foregoing is true and correct of my
19 own personal knowledge except as to those matters stated to be based
20 upon information and belief and, as to those matters, I am informed
21 and believe that they are true and correct. Executed this November
22 15, 2007 in San Diego, California.

                            /s/_____
                            JONATHAN DAVID FRANK,
                            Attorney for Material Witnesses

2