1 | JONATHAN DAVID FRANK
  | 160 Thorn Street Suite 2
2 | San Diego, CA 92103
  | (619) 291-4475
3 | State Bar Number 89384

4 | Attorney for Material Witnesses

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    HON. CATHY A. BENCIVENGO

11 | UNITED STATES OF AMERICA,      )   Case No. 07CR2531W
                                    )   Mag. No. 07MJ2362
12 |      Plaintiff,                )
                                    )   DECLARATION OF OTONIEL
13 | v.                             )   MENDOZA-ARREOLA   IN
                                    )   SUPPORT OF MOTION FOR
14 | PADILLA, et. Al.               )   VIDEO DEPOSITION OF
                                    )   MATERIAL WITNESS
15                                  )
                                    )   DATE: November 29, 2007
16 |      Defendants.               )   TIME: 9:30 A. M.
                                        DEPT: Bencivengo

17

18

19       I am a material witness in the above action. I have personal
20  knowledge of the facts set forth in this action and could testify
21  competently thereto if called.
22       I have been in federal custody since September 1, 2007. I have
23  been held as a material witness in the above captioned case. I am
24  unable to locate an acceptable surety to post the Court bond and
25  therefore I remain in custody as I cannot secure my release on bond.
26  /////
27  /////
28  /////

1  Each day I spend in custody is a hardship for me and my family.
2  I am the sole means of support of my wife and six children.  I have
3  been doing so for the past 16 years working at a boot factory in
4  Mexico.  Each day that I spend in custody is another day that I am
5  unable to provide that support.
6  I declare under the penalty of perjury under the laws of the
7  United States of America that the foregoing is true and correct of
8  my own personal knowledge except as to those matters stated to be
9  based upon information and belief and, as to those matters, I am
10 informed and believe that they are true and correct.  Executed this
11 ~~10/24/07~~ 10/24/07 in San Diego, California.
12
13 OTONIEL MENDOZA-ARREOLA

Translated by Veronica Cox-Atta