```
 1  California State Bar Number 89384
    The Law Office of JONATHAN DAVID FRANK
 2  160 Thorn Street Ste. 2
    San Diego, CA 92103
 3  Telephone: (619) 291-4475

 4

 5  Attorney for Material Witnesses

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                   HON. CATHY ANN BENCIVENGO

11  UNITED STATES OF AMERICA,    )    Criminal No. 07CR2531W
                                 )    Magistrate No. 07MJ2362
12       Plaintiff,               )    PROOF OF SERVICE
                                 )
13  v.                           )
                                 )
14  PADILLA, et. al.,            )
                                 )
15       Defendants.             )
    _____)
16
```

17    I, the undersigned, say:

18    1)   That I am over eighteen years of age, a resident of the County

19 of San Diego, State of California, and not a party in the within action;

20    2)   That my business address is: 160 Thorn Street Suite 2, San

21 Diego, CA 92103.

22    3)   That I served the BOND EXONERATION MOTION AND ACCOMPANYING

23 PAPERS on all counsel involved in this matter, by causing them to be

24 delivered a copy via the Court's email notification system.

25    I certify under penalty of perjury that the foregoing is true and

26 correct.  Executed on November 15, 2007 at San Diego, California.

27

28          /S/JONATHAN DAVID FRANK_____
            JONATHAN DAVID FRANK