1  **ELLIS M. JOHNSTON III**
   California Bar No. 223664
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   ellis_johnston@fd.org
5

6  Attorneys for Mr. Ramirez-Ayala

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  **(HONORABLE THOMAS J. WHELAN)**

11 UNITED STATES OF AMERICA,        )   Case No. 07CR2531-TJW-01
                                    )
12           Plaintiff,              )
                                    )
13 v.                                )   **PROOF OF SERVICE**
                                    )
14 **ALFREDO ENRIQUE RAMIREZ-AYALA**, )
                                    )
15           Defendant.              )
                                    )
16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20         Lawrence A Casper, Assistant United States Attorney
           Lawrence.Casper@usdoj.gov,efile.dkt.gc1@usdoj.gov,ginger.stacey@usdoj.gov
21
           Elizabeth A Missakian, Co-Counsel for Adan Padilla-Vasquez
22         emissakian@aol.com

23         David J Zugman, Co-Counsel for for Adan Padilla-Vasquez
           zugman@sbcglobal.net
24
           Brian J White, Co-Counsel for Alfredo Enrique Ramirez-Ayala
25         brianjwhite@sbcglobal.net,d_sutton07@yahoo.com

26
                                              s/ Ellis M. Johnston, III
27 Dated: November 21, 2007                   **ELLIS M. JOHNSTON III**
                                              Federal Defenders of San Diego, Inc.
28                                            ellis_johnston@fd.org