JONATHAN DAVID FRANK, ESQ.
160 Thorn Street, Ste. 2
San Diego, CA 92103
**(619) 291-4475**
State Bar No. 89384

Attorney for Material Witness(es)

FILED
APR - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Crim.Case No.07CR2531W |
|---|---|---|
| Plaintiff, | ) | Magistrate No. 07MJ2362 |
| v. | ) | ORDER RELEASING MATERIAL WITNESS(ES) |
| PADILLA, et. al., | ) | ONOTIEL MENDOZA-ARREOLA |
| Defendant. | ) | |

On application of JONATHAN DAVID FRANK, attorney for the below-named material witness(es), the video deposition of the material witness(es) having been concluded ~~/ the case having been concluded~~:

IT IS HEREBY ORDERED that the following named person(s) heretofore committed to the custody of the United States Marshal as a material witness(es) be released from custody:

ONOTIEL MENDOZA-ARREOLA

Dated: 4-1-08

_____
UNITED STATES ~~MAGISTRATE~~/DISTRICT JUDGE

Approved as to form:

_____
Assistant U.S. Attorney

_____
Attorney for Defendant

_____
Attorney for Defendant