UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>)<br>PADILLA, ET AL )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 07CR2531W<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/~~Magistrate~~ Judge, WHELAN

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

ONOTIEL MENDOZA-ARREOLA

DATED: 4-1-08

RECEIVED _____
DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by C. Trimble
Deputy Clerk

RECEIVED 2008 APR -1 P 4:41 U.S. MARSHAL SOUTHERN DISTRICT OF CA

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082