**ELLIS M. JOHNSTON III**
California Bar No. 223664
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: ellis_johnston@fd.org

Attorneys for Mr. Ramirez-Ayala

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr2531-TJW |
| Plaintiff, ) | DATE: May 12, 2008 |
| ) | TIME: 2:00 PM |
| v. ) | |
| ) | **MOTION TO SHORTEN TIME** |
| ALFREDO ENRIQUE RAMIREZ-AYALA, ) | |
| Defendant. ) | |

The above-named defendant, Ms. Sanders, by and through counsel, moves this Court for an order shortening time in the *Defendant's Motions to Preserve Evidence; Compel Discovery; Dismiss Indictment; Bifurcate Trial; Suppress Statements; Suppress Identification Testimony; and Leave to File Further Motions* to ten (10) days, to be heard May 12, 2008, at 2:00 pm, or as soon thereafter as counsel may be heard, for the following reasons: These motions are filed late (1) because counsel was preparing an opening brief in United States v. Pena, No. 08-50043, due on the same day that these motions were due; (2) counsel was sick for two days this week; (3) these motions are complex, containing numerous grounds for dismissing the indictment and suppressing evidence; and (4) after discussions with government counsel, he has no opposition to continuing the motion hearing date to allow adequate time for the government to respond. These motions are filed with the understanding that there will be an unopposed motion to continue the motion hearing until such time as government counsel is able to respond.

//

|     |                       |                                                                                                       |
| --- | --------------------- | ----------------------------------------------------------------------------------------------------- |
| 1   |                       |                                                                                                       |
| 2   |                       | Respectfully submitted,                                                                               |
| 3   |                       |                                                                                                       |
| 4   | DATED: May 2, 2008    | **ELLIS M. JOHNSTON, III**                                                                            |
| 5   |                       | Federal Defenders of San Diego, Inc.<br>Attorneys for Mr. Ramirez-Ayala                               |