UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.  07cr2531-TJW |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| ALFREDO ENRIQUE RAMIREZ-AYALA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

Lawrence Casper, Assistant United States Attorney
880 Front Street
San Diego, CA  92101

Dated: May 2, 2008

_/s/ Ellis M. Johnston III_
**ELLIS M. JOHNSTON III**
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
E-mail:ellis_johnston@fd.org