**ELLIS M. JOHNSTON**
California State Bar No. 223664
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467

Attorneys for Mr. Ramirez-Ayala

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07cr2531-TJW |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) MOTION FOR LEAVE TO FILE |
| | ) MOTIONS IN EXCESS |
| ALFREDO ENRIQUE RAMIREZ-AYALA, | ) OF 25 PAGES |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

The above-named defendant, Alfredo Enrique Ramirez-Ayala, by and through counsel, moves this Court for an order granting leave to file motions over twenty-five pages due to complexity of the issues in this case.

Respectfully submitted,

/s/ Ellis M. Johnston III
Dated: May 2, 2008          **ELLIS M. JOHNSTON III**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ramirez-Ayala

1

## CERTIFICATE OF SERVICE

2      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

3 information and belief, and that a copy of the foregoing document has been served this day upon:

4 **Lawrence Casper**
U S Attorneys Office Southern District of California
5 880 Front Street
Room 6293
6 San Diego, CA 92101
(619)557-5610
7 Fax: (619)235-2757
Email: Lawrence.Casper@usdoj.gov

8

9                                  Respectfully submitted,

10

11 Dated:  May 2, 2008                      _/s/ Ellis M. Johnston III_____
                                         **ELLIS M. JOHNSTON III**
12                                        Federal Defenders of San Diego, Inc.
                                         Attorneys for Defendant
13                                        Email: ellis_johnston@fd.org

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28