INDEX OF EXHIBITS

<u>United States v. Alfredo Enrique Ramirez-Ayala</u>

07cr2531-TJW

**Page**

Photo Line-up (Exhibit A) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1