# EXHIBIT A

Photo Lineup





A

1





B

2





110546309    POLAROID 32

3

C

3










5

E

5





6



6

F

6





G

7





7

H

8










9

J

10





10

K

11

## FINS 19362848 Search Results

| EID | Date | Mugshot | Finger 2 | Finger 7 |
|---|---|---|---|---|
| 59224922 | 07/24/06 04:42:30 | | | |

L

http://161.214.52.9/cgi-bin/GeneratePhotos.cgi　　　　　　　　　　　　　　　　　　　9/3/2007

12

## FINS 1063906995 Search Results

| EID | Date | Mugshot | Finger 2 | Finger 7 |
|---|---|---|---|---|
| 72505014 | 08/30/07 18:52:25 | | | |

M

http://161.214.52.9/cgi-bin/GeneratePhotos.cgi      9/3/2007      13