# INDEX OF EXHIBITS

<u>United States v. Alfredo Enrique Ramirez-Ayala</u>

07cr2531-TJW

**Page**

Agent's Notes (Exhibit B) .................................................... 14

Exhibit C Reporter's Partial Transcript of the Proceedings (Instructions), January 11, 2007 (Exhibit a) .................................................... 15

Reporter's Transcript of the Proceedings (Voir Dire), January 11, 2007 (Exhibit b) ......... 47