STATEMENT OF FACTS AND MEMORANDUM OF POINTS AND AUTHORITIES WITH EXHIBITS IS HEREBY INCORPORATED BY REFERENCE TO DOCKET NO. 63