UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>            Plaintiff,                           )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>ALFREDO ENRIQUE RAMIREZ-AYALA,  )<br>                                                              )<br>            Defendant.                        )<br>_____) | Case No.  07cr2531-TJW<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing has been electronically served this day upon:

>    Lawrence Casper, Assistant United States Attorney
>    880 Front Street
>    San Diego, CA  92101

Dated: May 2, 2008

>    */s/ Ellis M. Johnston III*
>    **ELLIS M. JOHNSTON III**
>    Federal Defenders
>    225 Broadway, Suite 900
>    San Diego, CA 92101-5030
>    (619) 234-8467  (tel)
>    (619) 687-2666  (fax)
>    E-mail:ellis_johnston@fd.org