**FILED**
MAY - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr2531-W |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ALFREDO ENRIQUE RAMIREZ-AYALA, | ) | |
| Defendant. | ) | |

Motion to shorten time having been made in the above-entitled matter, *Defendant's Motions to Preserve Evidence; Compel Discovery; Dismiss Indictment; Bifurcate Trial; Suppress Statements; Suppress Identification Testimony; and Leave to File Further Motions*, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the above-captioned matter be shortened to ten (10) days, to be heard May 12, 2008, at 2:00 pm, or as soon thereafter as counsel may be heard.

DATED: 5/5/08

HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE