```
                                    FILED
                                  MAY - 5 2008
                            CLERK, U.S. DISTRICT COURT
                         SOUTHERN DISTRICT OF CALIFORNIA
                         BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE THOMAS J. WHELAN)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 07cr2531-W |
| Plaintiff, | ) |
| v. | ) ORDER ~~TO~~ |
| | ) ~~SHORTEN TIME~~ |
| ALFREDO ENRIQUE RAMIREZ-AYALA, | ) |
| Defendant. | ) |

Good cause having been shown **IT IS HEREBY ORDERED** that counsel for the above-captioned defendant may file motions in excess of twenty-five pages.

**SO ORDERED.**

Dated: 5/5/08

HONORABLE THOMAS J. WHELAN
United States District Judge