| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | MICHELLE M. PETTIT |
| | Assistant United States Attorney |
| 3 | California State Bar No. 253406 |
| | United States Attorney's Office |
| 4 | 880 Front Street, Room 6293 |
| | San Diego, California 92101-8893 |
| 5 | Telephone: (619) 557-7450 |
| | Facsimile:  (619) 235-2757 |
| 6 | Email: michelle.pettit@usdoj.gov |
| 7 | Attorneys for Plaintiff |
| | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2531-W |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| | ) | |
| ADAN PADILLA-VASQUEZ (1), | ) | |
| ALFREDO ENRIQUE | ) | |
| RAMIREZ-AYALA (2), | ) | |
| | ) | |
| Defendants. | | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3.

The following United States attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

<u>Name</u>

Lawrence A. Casper

1 | Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2 | <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3 | "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4 | association):
5 | <u>Name</u>
6 | None
7 | Please call me at the above-listed number if you have any questions about this notice.
8 | DATED: May 7, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Michelle M. Pettit*
MICHELLE M. PETTIT
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

Notice of Appearance
United States v. Padilla-Vasquez, et al.    2    07CR2531-W

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,             )<br>                                                                  )<br>                              Plaintiff,          )<br>                                                                  )<br>        v.                                                     )<br>                                                                  )<br>ADAN PADILLA-VASQUEZ (1),        )<br>ALFREDO ENRIQUE                          )<br>          RAMIREZ-AYALA (2),              )<br>                                                                  )<br>                              Defendants.    )<br>_____) | Case No. 07CR2531-W<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Michelle M. Pettit, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as counsel for the United States, dated May 7, 2008, and this Certificate of Service, dated May 7, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Knut S. Johnson**
Law Offices of Knut S. Johnson
1010 Second Avenue, Suite 1850
San Diego, CA 92101-4905

**Ellis M. Johnston, III**
Federal Defenders of San Diego
225 Broadway, Suite 900
San Diego, CA 92101-5008

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2008.

                                                   /s/ *Michelle M. Pettit*
                                                   MICHELLE M. PETTIT
                                                   Assistant United States Attorney