United States v. Alfredo Ramirez-Ayala, 07cr2531-W

# Appendix 3